UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK

---

RENSSELAER POLYTECHNIC INSTITUTE,
                Plaintiff

-against-

GOKHAN BAYKAL
                Defendant.

Civil Action No.:
1:15-cv-01475-FJS-TWD

---

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure this action, commenced on December 11, 2015, by the filing of a complaint by Rensselaer Polytechnic Institute ("RPI") and without the service of an Answer or motion for summary judgment by defendant, is hereby voluntarily dismissed without prejudice and without costs to either party.

Dated: March 24, 2016

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: March 24, 2016
       Syracuse, NY

By: _____
Nicholas Mesiti, Esq.
Rachel L. Pearlman, Esq.
HESLIN ROTHENBERG FARLEY & MESITI
5 Columbia Circle
Albany, NY 12203
(518) 452-5600
*Attorneys for Plaintiff*

{H0530043.1}